FORM TO BE USED BY A PERSON FILING A PETITION FOR
WRIT OF HABEAS CORPUS UNDER 28 U.S.C. §2241

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

JUN - 1 2007

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KEENAN KESTER COFIELD 12249-074--**FEDERAL NUMBER**

**NEOCC/CCA**
**2240 Hubbard Road**
**Youngstown, Ohio** 44505-3198

**MARYLAND DOC # 326-109**

(Full name, date of birth, identification number and address of the petitioner)

v.

Civil Action No. CCB 07-1471
(Leave blank. To be filled in by Court.)

MARYLAND PAROLE COMMISSION,
ITS COMMISSIONER/SECRETARY
MARYLAND DIVISION OF CORRECTIONS
**INMATE GRIEVANCE OFFICE**, DIRECTOR
STATE OF MARYLAND,

U.S. MARSHAL SERVICE
FEDERAL BUREAU OF PRISONS, DIRECTOR

NEOCC/CCA-WARDEN TAPIA FOR STATE OF MD & US MARSHAL/BOP
PETITIONER MANDATORY RELEASED TO FEDERAL DETAINERS OF THE BOP/US MARSHAL SERVICE

(Full name and address of the respondent(s))

PETITION FOR WRIT OF HABEAS CORPUS

**PETITION FOR WRIT OF MANDAMUS & ALL WRITS ACT**

**I. Background**

**A.** Where are you detained?

_____ Federal Prison

_____ State Prison

XX Local Jail or Detention Center

_____ Mental Health Facility

_____ Other, describe ____________________

**B.** If you have been convicted and sentenced, provide the following information:

1. Name and location of court which imposed sentence: Circuit Court for Baltimore County, Maryland, Towson, MD.

2. Your criminal case number(s): 01-CR-3868.

3. The date you were sentenced: Feb. 24, 2005.

4. The charges on which you were convicted: Theft.

**C.** If you are awaiting trial on criminal charges, provide the following information:

1. Name and location of court in which charges are pending: ______________.

2. Your criminal case number(s): ______________.

3. List any hearing or trial dates which have been scheduled: ______________.

4. List the charges that are pending against you: ______________.

5. Your attorney's name, address and telephone number: ______________.

**D.** If you are detained in a mental health facility, provide the following information:

1. How were you committed?

_____ By a court for evaluation.

_____ By a court after being found not criminally responsible.

_____ Involuntary civil commitment.

_____ Other, explain, ______________________________

______________________________.

2. When were you committed? ______________.

## II. Previous lawsuits

A. Have you filed other cases or motions in state or federal court dealing with the same facts as in this case?

YES [XX] NO [ ]

B. If you answered YES, describe that case(s) or motion(s) in the spaces below.

1. Type of case or motion: **Motion to Correct An Illegal Sentence & Petition for Writ of Habeas Corpus**--Several filed MD Court of Special Appeals and Court of Appeals - MD.

2. Parties to the other case(s):

Petitioner: Keenan K. Cofield

Respondent(s): STATE OF MARYLAND/MD PAROLE COMM/DOC

3. Court (if a federal court name the district; if a state court name the city or county): U.S. District Court/Baltimore City/Baltimore City/ Washington County

4. Case No.: **CASE NUMBERS UNKNOWN**

5. Date filed: **N/A-Don't Have records**

6. Name of judge that handled the case: N/A

7. Disposition (won, dismissed, still pending, on appeal): dismissed, affirmed

8. Date of disposition: ______________________________

## III. Administrative proceedings

A. If you are in a Division of Correction facility, did you file an administrative remedy procedure request under DCD 185-001, et seq.?

NO LONGER IN DOC FACILITY

YES [ ] NO [X]

1. If you answered YES:

a. What was the result? ______________________
Denied the credit requests
______________________

b. Did you appeal to the Commissioner?

YES [ ] NO [ ]

2. If you answered NO to either of the questions above, explain why you did not file an administrative remedy procedure request or an appeal to the Commissioner. ______________________

______________________

______________________

3. Did you file any other type of administrative complaint such as an appeal to the warden of an adjustment decision?

YES [✓] NO [ ]

4. If you answered YES, explain what you filed and what was the result.
SAME AS ABOVE
______________________

______________________

______________________

B. If you are in a Division of Correction facility **or** Patuxent Institution, did you file a complaint with the Inmate Grievance Office?

YES [XX] NO [ ]

1. If you answered YES:

   a. What was the result? Request denied. Did not have jurisdiction, etc.

   b. Did you appeal to the Circuit Court?

   YES [ ] NO [ ]

   c. What was the result? DENIED RELIEF

   d. Did you file an application for leave to appeal to the Court of Special Appeals?

   YES [ ] NO [ ]

   e. What was the result? DENIED. Affirmed relief, etc.

C. If you are a state prisoner challenging a parole revocation decision, complete the following. **N/A**

1. Date of revocation decision: ______________.

2. Did you appeal the revocation decision to the Circuit Court?

   YES [ ] NO [ ]

3. If you answered YES, what was the date of the Circuit Court's decision and what was the decision?

   ______________________________

   ______________________________.

4. Did you appeal the decision of the Circuit Court?

   YES [ ] NO [ ]

5. If you answered YES, what was the result and the date of the decision?

______________________________________________

______________________________________________.

D. If you are in a Federal facility, did you attempt to resolve your complaint informally?

YES [ ] NO [XX] N/A

1. If you answered YES:

a. Did you file a formal complaint to the warden?

YES [ ] NO [ ]

b. Did you appeal the warden's decision to the Regional Director?

YES [ ] NO [ ]

c. Did you appeal the Regional Director's decision to the Office of General Counsel?

YES [ ] NO [ ]

d. What was the result? ______________________________

______________________________________________

2. If you answered NO to any of the questions above, explain why you did not file an administrative complaint or appeal .

This was a State matter......

______________________________________________

______________________________________________

E. If you are a federal prisoner challenging a parole revocation decision, complete the following.

1. Date of revocation decision: ______________________________.

2. Did you appeal the revocation decision to the National Appeals Board?

YES [ ] NO [ ]

3. If you answered YES, what was the date of the National Appeals Board's decision and what was the decision.

______________________________________________

______________________________________________.

F. If you are not in a Division of Correction or Federal facility, is there a grievance procedure at your institution?

YES [XX] NO [ ]

If your answer is YES:

1. Did you file a grievance?

YES [ ] NO [XX]

2. If you filed a grievance what was the result? ______________________

______________________________________________

3. If you did not file a grievance explain why not? ______________________

**CCA does not have jurisdiction over jubject-matter**

______________________________________________

**IV. Statement of claim**

(Briefly state the facts of your case. Include dates, times, and places. Explain why you believe you are improperly detained. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On February 24, 2004, the Petitioner was placed on House Arrest/ Home Detention/Home Confinement, while on State Probation from Baltimore County on Case Number 01-CR-3868, **prior** to the above date. On 2/24/2004 the Petitioner was placed on Federal House Arrest, with various conditions. Petitioner was later arrested on the instant State offense. On 2/24/2005, the Petitioner was sentenced on the State charges and received a (4) year term of imprisonment, concurrently with any other sentence. Petitioner had requested, pursuant to 6-219(e), 6-218, credits for any and all time served while on Home Confinement. Judge Turnbull denied the request. The Petitioner filed numerous Motions to Correct Illegal Sentences, then Several Habeas Corpus Petitions in Baltimore Co., Baltimore City, and Washington Couynty Circuit Courts. All relief was **DENIED.** MD Code §6-219(e) is mandatory, that an inmate be awarded any credits for any and all time served in **CUSTODIAL CUSTODY. The** Petitioner currectly is on Mandatory Parole from the MD Parole Commission, until sometime in 2009. If the Petitioner received said CUSTODIAL CREDITS under §6-219(e), he Parole would immediately expire, as, the credits adversely affected the

**V. Relief**

(State briefly what you want the Court to do for you)

Petitioner is entitled to credits from 2/24/2004 to be applied and awarded to his Baltimore County Circuit Court Case Numbers 01-CR-3968, pursuant to **§6-219(e), and 6-218.** (See Also Dedo v State) The Committment Records of Case Number 01-CR-3868, shall and should be AMENDED, to include this credit(s) to be applied against said term of imprisonment, and the

**I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE INFORMATION ABOVE IS TRUE AND CORRECT.**

SIGNED THIS 16 day of May, 2007 [signature]

Petitioner shall be RELEASED, and Parole term **terminated**, immediately.

**Request Appointment of Counsel**

(original signature of petitioner)

**NEOCC/CCA**

REQUEST A HEARING ON THE MERITS.

2240 Hubbard Road
Youngstown, Ohio 44505-3198

Petitioner requests any other relief as deemed proper.

(address of petitioner)

**PETITIONER REQUESTS THAT THIS COURT TAKE JUDICIAL NOTICE OVER MD §6-219(e) WHICH CONTROLS CUSTODIAL CREDITS, and CASE NO. 01-CR-3868 BALTIMORE CO. CIRCVUIT COURT CASE. THIS CASE IS DUE SAID CREDITS**

Petitioenr's liberty interest at stake, as the statute clearly states that anytime served in CUSTODIAL CUSTODY the Petitioner/Inmate is entitled to such credits against any and all terms of imprisonment.

The denial of the credits further caused the Petitioner to serve more time on the 4 year term, because he was denied the credits, then the term imposed by the Courts. The credits awarded would have had the Petitioner released more than a year ago, or in 2006, prior to my release in March 2007.

The Respondents have and did deny my rights to equal protection and due process of law, when, even United States District Court Judge Marvin Garbis, sent a letter to the DOC and others about the time I served on House Arrest and credits be considered. Will the Respondents dis-regarded the Judges Memo sent to the MCIH Records Department, about the Home Confinement/House Arrest credits.

§6-219 says **anytime spent on Custodial confinement.** such credits shall be applied against any term of imprisonment imposed by a Court for all cases.

**THIS WOULD ENTITLED THE PETITIONER TO IMMEDIATE RELEASE** from the MD Parole Commission and DOC custody arm, or have any further connection to or with their system.